```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
-----------------------------------------------------------X    ELECTRONICALLY FILED
                                                       :        DOC #:_____
UNITED STATES OF AMERICA,                              :        DATE FILED:  6/2/2021
                                                       :
                                                       :        1:20-cr-534-GHW-3
        -v-                                            :
                                                       :        ORDER
                                                       :
MICHAEL SCOTT,                                         :
                                                       :
                               Defendant.:
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

WHEREAS, with the consent of defendant, Mr. Michael Scott, his guilty plea allocution was taken before a United States Magistrate Judge on May 26, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: June 2, 2021  
      New York, New York                     _____  
                                               GREGORY H. WOODS  
                                               United States District Judge