```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
  UNITED STATES OF AMERICA,                 DOC #:_____
                                            DATE FILED: 8/15/2024
                      Judgment Creditor,

          v.                                20 CR 534 (GHW)

  MICHAEL SCOTT,                            ORDER

                      Judgment Debtor.
```

GREGORY H. WOODS, District Judge:

WHEREAS, in May 2021, Michael Scott paid $10,000 to the Clerk of Court as and for his appearance bond, and those funds remain on deposit with the Clerk of Court;

WHEREAS, on February 14, 2024, the Court sentenced Scott and ordered him to pay a $400 mandatory assessment and an apportioned restitution sum of $2,454,376.45 to the victim of his crime;

WHEREAS to date, Scott has paid his $400 special assessment and $102,190.53 toward restitution; and

WHEREAS, the Government moved pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 2044 for an order to apply the bond deposit currently held by the Clerk of Court toward the outstanding restitution balance owed to the victim, SAExploration Holdings, Inc. ("SAEX");

IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $10,000.00 in funds held in the Court's registry on behalf Michael Scott to partially satisfy his outstanding restitution obligation and disburse all restitution payments to SAEX as the victim of his crimes.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 213.

Dated: August 15, 2024
       New York, New York
                                            _____
                                            HON. GREGORY H. WOODS
                                            UNITED STATES DISTRICT JUDGE